Constance F. Ramos (SBN 203637)
Farah S. Anthony (SBN 252029)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: ramosc@howrey.com
       anthonyf@howrey.com

Attorneys for Defendants
DR. Y. KING LIU and
UNIVERSITY OF NORTHERN CALIFORNIA FOUNDATION,
a nonprofit public benefit corporation

Bruce W. Blakely (SBN. 106832)
FLAXMAN & BLAKELY
Shelterpoint Business Center
591 Redwood Highway, Suite 2375
Mill Valley, CA 94941
Telephone: 415-381-6650
Facsimile: 415-381-4301
Email: bruce@brucewblakely.com

Attorneys for Plaintiffs
JOHN STALCUP, DENNIS McGOWAN, and MICHAEL LYSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STALCUP, DENNIS MCGOWAN, and MICHAEL LYSTER, <br><br> Plaintiffs, <br><br> vs. <br><br> DR. Y. KING LIU, and UNIVERSITY OF NORTHEN CALIFORNIA FOUNDATION, <br><br> Defendants. | Case No. 11-CV-00002 (JSW) <br><br> Formerly Superior Court Case No. SCV-248621 <br><br> **SECOND STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND STIPULATION TO CHANGE DEADLINE FOR MOTION FOR REMAND AND ~~PROPOSED~~ ORDER** <br>       AS MODIFIED HEREIN <br> Date: N/A <br> Time: N/A <br> Courtroom: N/A <br> Judge: Hon. Jeffrey S. White |

Case No. C 11-00002 (JSW)
SECOND STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiffs John Stalcup, Dennis McGowan, and Michael Lyster, and defendants University of Northern California Foundation ("UNCF") and Y. King Liu (Chairman of the Board, University of Northern California Foundation) hereby stipulate and agree to extend the deadline for each defendant to respond to plaintiffs' complaint.

On January 3, 2011, defendants removed this action to this Court from the Superior Court of the State of California in and for the County of Sonoma. On January 6, 2011, the parties filed a stipulation that UNCF and Y. King Liu would have until January 24, 2011 to respond to the complaint. On January 20, 2011, the parties have stipulated to further extend the deadline for UNCF and Y. King Liu to respond to the complaint to March 15, 2011.

Additionally, the parties have agreed to the following deadlines:

Last day for plaintiffs to file a motion for remand is February 18, 2011;

Hearing date to be noticed on a motion for remand is March 25, 2011;

Hearing date to be noticed on a motion to dismiss is March 25, 2011.

Such extension is intended to facilitate the parties' settlement discussions, in an effort to resolve this case in an efficient manner.

SO STIPULATED this 21st day of January, 2011.

Case No. C 11-00002 (JSW)                -2-
SECOND STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT
23603732

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Bruce W. Blakely<br>Bruce W. Blakely<br>FLAXMAN & BLAKELY<br>Attorney for Plaintiffs |
| 3 | |
| 4 | |
| 5 | By: /s/ Farah S. Anthony<br>Farah S. Anthony<br>HOWREY LLP<br>Attorneys for Defendant DR. Y. KING LIU and<br>UNIVERSITY OF NORTHEN CALIFORNIA |
| 6 | |
| 7 | |
| 8 | |

It is so ordered, with the exception that any motion must be properly noticed 35 days out from the date it is filed.

January 24, 2011

/s/ Jeffrey S. White